L R Civ P 3.5 Form (06/08/2017)

# UNITED STATES DISTRICT COURT

_____Southern_____    **District of**    West Virginia, Division: **BLUEFIELD**

**FILED**

**JUL 2 9 2021**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND COSTS**

Adrian Bailey #19895-026
K.Wohinbush    C.Day    C.Conndey
M. Rife    V. R. Brown    A. Shrader M. Leslie    J. Jones
C. maruka    J. Kirk    L. martin    M. Slaughter
B. Johnson    C. Oxford    K. thorne
T Blankenship M. Sawyers

CASE NUMBER: _____1:21-cv-00424_____

I, _____Adrian Bailey_____ declare that I am the (check appropriate box)

☒ plaintiff/petitioner/movant        ☐ appellant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion/notice of appeal.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☒ Yes  (If "Yes," go to # 3)      ☐ No  (If "No," go to # 2)

    If "Yes," state the place of your incarceration  ___FCI Mcdowell / BOP___

    Are you employed at the institution? __NO__    Do you receive any payment from the institution? __NO__

    Have the institution fill out the Certificate portion of this application and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions. *They wont I've tried Twice, they want to hender me from fileing this Suite*

2.  Are you currently employed?      ☐ Yes  (If "Yes," go to # 2.a)    ☒ No  (If "No," go to # 2.b)

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. ~~To come Stook~~
        ~~At~~ USP Leavenworth Leavenworth K.S.
        $11.00 a month unit orderly  ~~December~~ September ~~Middle~~

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☒ | ☐ |
    | f. | Any other sources | ☐ | ☒ |

    If you answered **"Yes"** to any portion of question #3, describe each source of money and state the amount received and what you expect you will continue to receive. *Checks from family 600 and 1200 dollars. and other amounts from friends.*

4. Do you have **any** cash or checking or savings accounts? ☒ Yes    ☐ No

If "Yes," state the total amount $ 3,951,12

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes    ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. My children Adrianna D Bailey and Leo Z compbell I Send $100 $200 to them $300 for holidays and other reasons

7. I do hereby stipulate that the recovery, if any, obtained in this action shall be paid to the Clerk of Court, who shall pay therefrom, all unpaid costs taxed against plaintiff and pay the balance to plaintiff and/or his/her attorney, if any.

I declare under penalty of perjury that the above information is true and correct.

7/26/2021
Date

Obailey
Signature of Applicant

I've sent form to trust fund they wont reply to horder me from fileing this suite

**CERTIFICATE**

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit _____.
I further certify that during the past six months the applicant's average balance was $ _____, and the average of monthly deposits was $ _____.

_____
Date

_____
Signature of Authorized Officer