*Attachment A - <u>Bivens</u> Complaint form*



FILED

JUL 2 9 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Adrian Bailey

#19895-026

*(Enter above the full name of the plaintiff
or plaintiffs in this action)*

*(Inmate Reg. # of each Plaintiff)*

C. Oxford
M. Rife        K. Thorne
v. C. Maruka  M. Slaughter
E. Johnson,    M. Sawyers
K. Whinbush,   J. Jones
               L. Martin
C. Day         M. Leslie
R. Brown       C. Connley
A. Shrader     T. Blankenship
               J. Kirk

CIVIL ACTION NO. 1:21-CV-00424
*(Number to be assigned by Court)*

*(Enter above the full name of the defendant
or defendants in this action)*

Defendant(s).

**COMPLAINT**

**I.    Parties**

A.    Name of Plaintiff:    Adrian Bailey

Inmate No.:    #19895-026

Address:    federal correctional Mcdowell
welch .W.V. 24801 P.O. Box 1,009

aBailey

B.　　Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff:　_____

Inmate No.:　_____

Address:　_____

_____

Name of Plaintiff:　_____

Inmate No.:　_____

Address:　_____

_____

C.　　Name of Defendant:　C. Maruka

Position:　Warden

Place of Employment:　FCI McdoWell, welch W.V. 24801. P.O. Box 1,009

D.　　Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant:　R. Brown

Position:　A.W.

Place of Employment:　FCI Mcdawell, welch W.V. 24801 P.o. Box 1,009

Name of Defendant:　E. Johnson

Position:　A.W.

Place of Employment:　FCI Mcdowell, welch W.V. 24801 P.O. Box 1,009

2

OBailey

## Additional Defendants        Pg 1 of 3

① Name of Defendant: K. Whinbush
Postion: Captin
Place of Employment: FCI Mcdowell.

② Name of Defendant: M. Slaughter
Postion: C/O
Place Of Employment: FCI Mcdowell

③ Name of Defendant: M. Sawyers
Postion: Shu. Rec officer / C/O
Place of Employment: FCI Mcdowell

④ Name of Defendant: K. Thorne
Postion: SIS / C/O
Place of Employment: FCI Mcdowell

⑤ Name of Defendant: C. Day
Postion: A2. Unit manager
Place of Employment: FCI Mcdowell

⑥ Name Of Defendant: A. Shrader
Postion: Trust fund Supervisor
Place of Employment: FCI Mcdowell

aBaily

Additional Defendants   Pg 2 of 3

⑦ Name of Defendant: T. Blankenship
Postion: C/O
Place of Employment: FCI Mcdowell

⑧ Name of Defendant: L. Martin
Postion: C/O
Place of Employment: FCI Mcdowell

⑨ Name of Defendant: J. Kirk
Postion: LT
Place of Employment: FCI Mcdowell

⑩ Name of Defendant: C. Connley
Postion: SHU LT
Place of Employment: FCI Mcdowell

⑪ Name of Defendant: M. Rife
Postion: CMC
Place of Employment: FCI Mcdowell

⑫ Name of Defendant: J. Jones
Postion: Counsler
Place of Employment: FCI Mcdowell

abaly

## Additional Defendants          P.g. 3 of 3

(13) Name of Defendant: M. Lislie
Postion: D.H.O. Hearing officer.
Place of Employment: FCI Beckley / B.O.P

(14) name of Defendant: C. Oxford
Postion: Case manager
Place of Employment: FCI mcdowell

II. **Place of Present Confinement**

Name of Prison/Institution: Federal correctional Institution Mcdawell

A. Is this where the events concerning your complaint took place?

Yes X        No _____

If you answered "no," where did the events occur? Please Prefere to

ADD on Pages 1-2 II Place of Present confinement ©

B. Is there a prisoner grievance procedure in this institution?

Yes X        No _____

C. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes _____ No X

If you answered "no," explain why not: Please Refere to ADD on's

II Place of Present confinement © Pgs 1-2

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _____

_____

III. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____        No X

B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

3



– aBally Pg 102

ADD on to II Place of Present confinement Part C.

I have been denied forms that are requried to Prusue adminstrative remdies, By, A2Counsler J. Jones, Unit manager C. Day, Captin K. Whisbiuh, LT Connley, A.W. R Brown, A.W. E Johnson, Case manager C. Oxford. I was also theratend. Here is just one Instance, And I would Also like to Add this as apart of my complaint, ↓

Also ⑤
Statement of
Claim

On 6/28/2021 During my time in the Lawlibrary Between the hours of approximately 7:00pm and 9:30pm. I yelled through the crack in the door, to gain the attention of officer L. martin Who was at the time SHU officer #1. I told officer L. martin that there was No paper in the Lawlibrary Printer. He asked what did I need to Print, I stated Legal reserach for you guys violating my civil Rights. Approximately a hour later about 5 to 6 officers enterted the Lawlibrary Room where I was, I felt instantly as if Somthing was Not right, Due to the amount of officers, And Due to me being an inmate in the SHU. at the time and officers Not placing handcuffs on Me before entering the secure Room, This is highly unusual! I was then surrounded by all of the officers Two of the officers had to be 300plus pounds, "I Said Damn whats up" at which time the officers stated that they had a message for me from adminastration, I stated who they then stated

ADD on to II Place of Present Confinement Part ©     Pg 2 of 2

Boss man Brown Reffeing to Assitant warden R. Brown and they stated Mrs. Day Refering to A Lower unit manager C. Day., They then went on to state for me to stop asking for (BP-8 and BP-9) "Administrative Remedy forms" Because I am Not getting any, So I can be a Snitch. And that if I countiued they had a green light to beat my ass! They then went on to say that I did not want to be labled as a "Snitch" in the B.O.P. And that they have seen Snitches get killed, Raped, And Beaten. They whet on to state that I need to leave Shit alone, And Said look around you aint no Cameras in here! Refering to the Lawlibrary Room. And that if they had to pay me another visit it would Not be nice. Due to to the amount of officers, and the Reputation officers have in The Bureao of Prisons /B.O.P Of Beating Inmates and in some cases even killing Them I felt threatend. Some of the officers involved are M. Slaughter, L. Martin, T Blankenship. and several others but I do Not know there Names. This states a retaliation claim, Due Process - access to Courts there actions were to hender me from seeking Civil actions, and to prevent me from fileing Admin Remedy forms. /Due Process, And so many more Violations Im sure the courts can out-line. I have been deprived of Lawlibrary because of my seeking of Civil action another violation to my Due Process rights, and access to Courts rights. Crule and unusual Punishment, fair and equal treatment, and a retaliation claim.

2.    Court (if federal court, name the district; if state court, name the county);

_____

3.    Docket Number: _____

4.    Name of judge to whom case was assigned: _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.    Approximate date of filing lawsuit: _____

7.    Approximate date of disposition: _____

IV.    **Statement of Claim**

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

*Reon dave*

① DHO, M. leslie, Has prolonged my stay in segergation by Sending my Incidient Reports back for rewrite. Because she Knows the Report would be thrown out. But by Requesting rewrites I'll have to stay in segergation longer. I have Inclueded 3 rewrites and you will See there is no Diffrnaee in the 1st Report from the last besides a few words, this is a tatic that has been used to finess and violate *crule and unsuaul punishment.* inmates Due process / equal protection Rights. h. Thorne is the officers rewriteing the Incident Reports, from June 17 to July 25th and ongoing

_____

Please See Statement of Claim 4 Attachments.

Pg 1-9    a Beilly

Pg 1 of 9

Attachments.        Statement of Claim        (Pages 1-9)

(3)    During the Durration of my time at FCI
Mcdowell from 2020-2021-July Officers Smoke, ~~give~~ ~~cigarettes~~ ~~cuts~~ ~~to~~ ~~the~~ ~~cigarettes~~ ~~Budds~~, Chew,
and Vape products. Thus Causeing inmates to gain
access to there used Tabacco products, And or Smokeing
in housing units and ~~and~~ on the compound Thus
Subvecting Inmates to ~~second~~ Second hand Smoke.

~~Sample~~

(4)    On 2/10/2021 and 6/14/2021 I put in a
BP-199 a requeset to ~~Send~~ Send funds/Money home to
my family. My mother Adrian Banks is my power of
Attorney and my emergency Contact. ~~&~~ ~~the~~ Patrick Bailey is
my father. ~~The~~ FCI Mcdowell Refuses to let me
Send Money ~~&~~ off my account, Not only myself but
alot of other inmates also, I've Talked to Aw. R. Brown
About the issues and he has always Stated that
he will Look into it. Took my Name and So on; At the
time I told him my Civil Rights were being Violated because
how could I not Send my money to my mom/Dad but
I could go right over to Commissarry and Spend $300.00
a month or Buy truelincs on the Computer, I told
him that I am him to the games that are being played
hendering inmates from Sending out funds So Inmates
would Spend funds with the Prison or So the
Prison Could gain intrest off of inmates funds. I've Also→

Talked to A. Shrader Trust fund superviser, K. Whinbush captin, C. Day unit manager, When I talked to A. Shrader I told him the same thing I told R. Brocon He Stated that If I ask him another Question About BP-1993 sending money to my family I would be Placed in seg. When I talked to SIS K. Thane She Stated that she denied my send money form /B9-199 because I have Not Called my dad in a long time, I then Stated that why dose it matter he is my Birth father and the money is going to the address my probation offices has approved and is on file for me at wich time She stated Im done talking to you, your probley Selling Drugs. I then went back to my housing unit and Asked C. Day my unit manager for admin remdey forms She Stated why I then replayed the events to her She, the Stated She was Not given me anything So I Could be a "Snitch". She Said this Loud Infront of the entire DayRoom/ 100 plus inmates. Putting my life at risk. I went to K. Whinbush wich is the captin and told her everything She Stated She would look into it. ~~The next Day was that Same night a inmate in the hard cell next door to me Elmo Hung his Self. He was unresponsive and taken out of his Cell on a streatcher. The next day During his rounds officer M. Sawyers walked up and down A range telling inmates its a snitch in cell 107, I Stated I aint tell on Noone I~~

5) Denied due Process and equal Protection Of Law when Disciplinary action was taken against me in retaliation for exercise of my First Amendment rights, access to courts

ⓓ crule and unusaul Punishment.

On June 24th 2021 SHu officer M.Sawyers approuched the holding Cage I was in at this time I was doing my U.D.C hearing. M. Sawyers Stated he was told by the higher ups to place me in the hard Cell and to restrict me from all of my property. I ask whey he Stated Ask my counsler So I asked my Counsler J. Jones who was Still Present he Stated didint you just ask me for a BP-8 I Stated yeah he then Stated well there you go' I was then Placed in a cell Known as the Hard Cell; Its called the hard cell because your time is harder in that cell and you get Nothing extra, Book, Phone, Shower, Legal work, They didint give me any toothpase toothBrushes, Soap or Any other Hygine cleaning Supplies. Or Cleaning Items, The Cell had Spit, Dust, Blood, human Bodily waset on the walls, Dirt everywhere. I Covered the window So at 4:00pm countso they could Not See inside my cell I Know that If I did that they would have to call Someone with Rank So I did and during Count Captin K. whinbush Came to my cell And Said Put my Shirt on She is going to pull me out and talk to me. Approx 10 minutes later officer Hess Placed me in handcuffs and took me to a Room Known as the DHo Room, When I walked in Capin K. whinbush was Standing there She asked what did I want and why the fuck was I causeing problems and I Know I Cant win! I told her that I have been Placed into the hard cell for No reason and that I'm being retaliated

against for telling A.w. Brown I would be seeking civil action. She then stated well maybe you should not be seeking civil action and that it was not in my best intrest. I said Damn you cant stop me from my constitutional rights and that I have been trying to get administrative hemdy forms so I could file on not getting Recreaction In SHU, and not be able to send money home and other issues I was having She stated that This is not a fight I would win and that I need to sit my ass down. And A.w. Brown Sent her down there to tell me that. Then she told officer Hess to take me back to my cell. That Same night a Inmate next door to my cell Hung himself - I believe he was also in a hard cell Inmate by the last Name Elmo, The next Day During Sawyers 6/25/2021 SHu rounds he walked down the Range and stated its a Snitch in cell 101 wich is the cell I was in, I Stated I aint Snitch on Noone I went to trail. He then Stated telling is telling "Nigger". And walked off Range.

⑥ M. Sawyers SHu Rec officer I have only been allowed Recreaction one time During the time I have been in SHu and that was on 6/29/2021 Despite my attempts to go Outside and excrise. But officer M. Sawyers allows my Cellmate to go to Recreation but Not myself. I've told A.w. Brown, Captin K. Whinbush, Unit manager C. Day, SHu LT C. Connley. And others but Noone does Anything. The above has been ongoing from 6/18/2021 to

Pg 5 of 9

7-25-2021. I dont even think officers who make recreaction list put my namedown. And when officers Run Rec they always tell me Im not on the list or Im Not Allowed to go. On 6-29-2021 the one time I did get to go A.W.R.Brown walked all the way to Rec cage # 10 to tell me I need to Stop my Shit and that If I kept it up I would find myself Somewhere I did Not want to be. He then walked off. When they do do Rec Alot of times they wont give us Rec for reasons Such as it being foggy outside or a holiday or the weekend.

⑦ from 6-17-2021 to 7-25-2021    to hender me from Seeking my first Amendment rights. I have only been allowed Lawlibrary Twice Despite me placeing Request Slips, or telling Staff. Most of the Days the Lawlibrary is Just empty and officers are Just Bieing Lazy. They get paid good Money and dont want to do anything. But violate inmates rights.. I've told  A.W.Brown Shu LT l.Conney, K.winshbush captin, C.Day unit manager. When I told them they Just Spin me or Say they will Look into it and nothing happen and when I request Admin Remdy forms I never get them. And when I did have access to form is was close to a year ago.

(8.)

Durning my time in FCI Mcdowell they have/Staff Been Disrespectfull to inmates, Beat inmates, Refused to give Admin Remedy forms to inmates, or Didint respond to forms, They Photo copy our photos! and give use the copies. And theow the real Photos away, And mail, They open our legal mail when we are not around, They eat food and do not Pay for there meals, They Segergate inmates in Chow halls and houseing units causeing race tention, Turn away non-nude and Prison friendly magazines. Sell inmates Itemes Marked above 30%, Sell inmates old food and wont allow refunds. Stop Selling woarter and force inmates to Drink Tap woarter. Denying Recreaction, Medical Prolonging medical treatment. The Do mass Shake Downs, And throw away inmates items w/o Nootice!

(9) In Feburry 2021 I Contracted Covid-19 Due to Staff Neglect and Negligence. Dispite The CDC guidelines Staff members only Sometimes ware Mask, or would Not cover there mouths and nose's. fully. I Sufferd from Moyoor headaches, Fatigue, Sinus problems, Dizzaness, Throwing up, feaver, the Quins, Lost of Taste, and I Still have ongoing issues, when I talked to my P.A. about ongoing Issues She Stated that It would go away I was never given treatments of any Kind. I. Suffer Logterm Sinus problems foggyness in my head and headaches, When I Put in Sick calls about the above Nooone comes to see me however If I Place a Sick call "

About somthing else they come and see me. and Somtimes they still Dont. I told A.w.R Brown, my unit manager C. Day and other Staff about this. warden C. Maruka and K. Cwinshbush Captin are responsible for the Saftey of Inmates.

Counster J. Jones Keeps Denying me Photo Copies for Legal Items Such as this Suite.

A. Shrader Trust fund Superviser on June 22nd 2021 I Sent trust officer form from the clerk of the court and he has yet to Send the forms Back.

this complaint fourteenth Amendmant, Equal Protection, Due Process, abuse of of a whole power states

Eighth Amendment Violations

crule and unusual Punishment

Prision Conditions.

rights in absence of mental derangement

Clean woarter Act and Safe Drinking warter Act

First Amendment medical needs

freedom of Speech

access to courts

Firth Amendmant

Due Process

On June 30th Aprex 5:00pm,
I was pulled out of my cell by for purpose of U.D.C
hearing by my counsler J. Jones and C Oxford
I was found guilty on the Incident Report, even though
the Incident Report was served to me By LT Kirk
2hrs Past the 24hr deadline, also my UDC hearing
was 72hrs Past the deadline, Correctional staff/have 72hrs
to U.D.C. me for a Incident Report from the time
the Incident Report was served to me by LT,
The LT has 24hrs to serve me the shot word the time
The Report was writen, I stated all of the above
@ my hearing and was still found guilty! I then asked
for a BP-9 so I could Appele the Report
Counsler Jones then stated that It would not do
any good because they stick togeather here. Refering →

To FCI Mcdowell and FCI ~~Prison~~ correctional Staff, ~~and~~ & Counster Jones Stated that my Sactions would be 60 day Loss of commissarry and 30 days Loss of phone privilegs When I returned to my cell officers N.Thompson was in charge of the phone for the night and stated that he would try to get the phone to me becaues he knew the following day my restrictions would start! And I wouytd not beable to use the phone, a few ~~hours~~ hours later on 6/30/2001 C/O N thompson Brought the phone to my door, when I tried to call out, I was then notified that I was on restriction, This ~~just~~ further shows hao correctional staff arc Bias against inmates and they stick togeather. Counsters Jones already had his mind made up that I was guilfty and Imposed my ~~sea~~ Sections/Restrictions into the computer before he even came to do my U.D.c hearing.

7)   LT Lied on Report and put time served as 4:20pm @ when the Report was really served @ Aprox 6:30Pm. So he could milk the system ↑ and stated that Such Sactions would st art the following day thursday July first

This is a clear violation of my first Amendment rights I was Denied Due Process a disciplinary action was taken agints Me w/o officels following ~~there own~~ the Buro of Prisons ~~Guidelines~~ Guidelines and futher More not Allowing Me to exhust My Adminstrative Remedy BP-9 form, Prison officials are insenstive to the Requirement of the constitution. And Inmates rights, they Do things deliberately and unlawfully.



On June 28th 2020
I talk to Shu LT Connley about Not getting
proper access to the Lawlibrary and me
also Not being allowed proper Recseaction
And Informed him about my unit team Not bringing Admin forms
On June 29th 2020 around 2:45/3pm
LT @ Connley did Shu Rounds I told him that
I Needed More access to Lawlibrary and them
Denying me access Violats My constitutional Rights
I Also told him that my unit team has yet
to bring me any admin Remdy forms he Stated
well there is Nothing he can do

Claim #10

On friday July 16th I Talked to C-Day A Lower unit manager, I asked her If I would go back to the Compound /Be released from the SHU /Segergation. She stated I don't Know Depends on If you want to Keep your Shit up with all these Lawsuites your fileing & She then went on to say that I'd be Lucky if I made it to the half-way house on ~~the~~ Dec-2and-~~2021~~. Which is my current RRC Date. Her way of Therating me not to exercise my first Amendment rights. I then asked her for a B9-8 she walked off. A Direct Violation of my civil Rights, access to Courts, Due Process, Crule and unusal PHnishment, Equal Protection. So on.

**V.    Relief**

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.    Demand Jury trail

Nominal and Punitive damages : 1.5 million Dollars , Compensatory Damages 10 million Dollars, Emotional Distress 1 Million dollars, Mental Distress 2 million Dollars, Civil rights violations - 10 million dollars, 100 million dollars. , Injunction Relief  Placement in hhc . Peoria Illionis . My current hhc Date is Dec 22 / 2021 . I Believe the courts Should Place me there Now So I can be out of the State of W.v. and free of Retaliation By Prison Staff, or place me in a diffrent Prison, county Jail

See Add on -

Signed this 26 day of ____ July _____, 20 21 .

_____

_____

_____ aBaily #19895-026 _____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _____ 7/26/2021 _____.
(Date)

_____ aBaily _____
Signature of Plaintiff

5

aBaily

# ADD on/ V Relief

Pg 1 of 2

Induction Relief: To be given up to 2 hours of Lawlibrary per Day.

Indunction Relief: Officers to Stop useing tabacco Products on the Compound Including Chewing Tobaccow, "Spit", Tabacco, Vape Products.

Indunction Relief: for all Inmates to Be allowed to Send funds to there family off of there trust fund account.

Indunction Relief: My Relase from SHU.

Indunction Relief: SHU Inmates to Recieve Up to a total of 5 hours of Rereaction a week even if its a holiday or fog count.

Relief in the amount of 100 million dollars
Racial Discrimination 1 million Dollars
Indunction Relief: Covid-19 antibody test to prove that I had covi9-19

for the Defendents to pay all of my Court cost, Attorney fees, Legal fees, Trail cost, Postage fees

CBailey

ADD on /V Relief.                                            Pg 2 of 2

An injunction to Prevent "any acts of retaliation" reasonably relating to allegations in petition. removed from any and all B.o.p's in the State of west viringa because they are all friends and they are connected.

for the courts to underline my civil right violations.

Damages in the amount of 1million dollars

a Protective order and restraining order against the guards who threatend me., And A.w. R. Brown, C. Day.
for Prison officias /Defendents to be charged and proscuted in the court of Law.

for Defendents to be Repermended.

Any and all other Relief deemed necessary; and a declaratory Judgment that Defendents Violated [Petitioner's] constitutional and Statutorily Protected Rights.

Adrian Bailey # 79875-001
federal correctional institution Mcdowell
Welch W.V. 24801 P.O. Box 1,009



L
E
G
A
L

M
A
I
L.

Elizabeth Kee federal Building
601 federal Street, Room 2303
Bluefield, WV. 24701

Legal Mail

U.S. MARSHALS SERVICE
X-RAYED

BY:

Legal mail        Legal Mail
Sealed infront of    Do Not Open...!
c/o



FEDERAL CORRECTIONAL INSTITUTION
McDOWELL
PO BOX 1009
WELCH WV 24801
DATE 7-27-21 KS
THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.